**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of  Delaware
                           (State)

Case number (*If known*): _____  Chapter  11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   DermTech Operations, Inc.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names  
   DermTech, Inc.

3. **Debtor's federal Employer Identification Number** (EIN)  
   33 – 0708997

4. **Debtor's address**

   **Principal place of business**

   12340  El Camino Real  
   Number  Street

   _____

   San Diego      CA    92130  
   City          State  ZIP Code

   San Diego  
   County

   **Mailing address, if different from principal place of business**

   _____  
   Number  Street

   _____  
   P.O. Box

   _____  
   City          State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____  
   Number  Street

   _____

   _____  
   City          State  ZIP Code

5. **Debtor's website** (URL)  
   https://dermtech.com

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  __DermTech Operations, Inc._____     Case number (*if known*)_____
         <sub>Name</sub>

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>   5  4  1  7 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |

Debtor  __DermTech Operations, Inc._____     Case number (*if known*)_____
       Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☑ No
   ☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY

   If more than 2 cases, attach a separate list.

           District _____  When _____  Case number _____
                                        MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ☑ Yes.  Debtor _See attached Schedule 1._____  Relationship _____
            District _____  When _____
                                                               MM / DD / YYYY
            Case number, if known  _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number       Street
    _____
    _____   _____  _____
    City                                        State  ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name      _____
           Phone             _____

---

**Statistical and administrative information**

Debtor __DermTech Operations, Inc._____     Case number (*if known*)_____
         Name

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☑ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☑ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☑ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/18/2024__
              MM / DD / YYYY

✘ __/s/ Bret Christensen_____     __Bret Christensen_____
Signature of authorized representative of debtor     Printed name

Title __President & Chief Executive Officer__

Debtor  DermTech Operations, Inc.          Case number (*if known*)
        Name

**18. Signature of attorney**   ✘ /s/ Erin R. Fay          Date  06/18/2024
                                Signature of attorney for debtor      MM / DD / YYYY

Erin R. Fay
Printed name
Wilson Sonsini Goodrich & Rosati, P.C.
Firm name
222         Delaware Ave., Suite 800
Number      Street
Wilmington                              DE          19801
City                                    State       ZIP Code

(302) 304-7600                          efay@wsgr.com
Contact phone                           Email address

5268                                    DE
Bar number                              State

# SCHEDULE 1

## Pending Bankruptcy Cases Filed by Affiliated Entities

On the date hereof, each of the related entities below, including the debtor in this chapter 11 case, filed a petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code.

| Entity Name | Federal Employer Identification Number (EIN) |
|---|---|
| DermTech, Inc. | 84-2870879 |
| DermTech Operations, Inc. | 33-0708997 |

# ACTION BY UNANIMOUS WRITTEN CONSENT
# OF THE BOARD OF DIRECTORS OF
# DERMTECH OPERATIONS, INC.

In accordance with Section 141(f) of the Delaware General Corporation Law, and the bylaws of DermTech Operations, Inc., a Delaware corporation (the "**Company**"), the undersigned, constituting all of the members of the board of directors of the Company (the "**Board**"), hereby take the following actions and adopt the following resolutions by written consent without a meeting:

**WHEREAS**, the Board has reviewed and had the opportunity to ask questions about the materials presented by management and the legal and financial advisors of the Company regarding the indebtedness, liabilities and liquidity of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business;

**WHEREAS**, the Board has had the opportunity to consult with management and the legal and financial advisors of the Company to fully consider, and have considered, the strategic alternatives available to the Company; and

**WHEREAS**, the Board desires to take the following actions by written consent.

**I.**     **Commencement of Chapter 11 Case**

**NOW, THEREFORE, BE IT RESOLVED**, that the Board has determined, after consultation with management and the legal and financial advisors of the Company, that it is desirable and in the best interests of the Company, its stockholders, its creditors, and other parties in interest that a voluntary petition (the "**Petition**") be filed by the Company with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") for relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and the Board hereby approves the filing of the Petition.

**RESOLVED FURTHER**, that the form, terms, and provisions of, the execution, delivery, and filing of, and the performance of the transactions and obligations contemplated by the Petition be, and they hereby are, authorized, approved, and adopted in all respects.

**RESOLVED FURTHER**, that any officer of the Company (each, an "**Authorized Officer**" and collectively, the "**Authorized Officers**") be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered on behalf of and in the name of the Company (i) to execute and verify the Petition and all documents ancillary thereto, to cause such Petition to be filed with the Bankruptcy Court commencing a case (the "**Chapter 11 Case**"), and to make or cause to be made prior to the execution thereof any modifications to such Petition or ancillary documents, and (ii) to execute, verify, and file or cause to be filed all such other petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents necessary, appropriate, advisable or desirable in connection with the foregoing, with such changes, additions, and modifications thereto as such Authorized Officer shall approve, such approval to be conclusively evidenced by such Authorized Officer's execution and delivery thereof.

**RESOLVED FURTHER**, that the Authorized Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to pay all expenses, including advisors' fees and retainers, taxes, consent payments, indemnities, and filing fees, in each case as in such Authorized Officer's judgment shall be necessary, appropriate, advisable or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein, with all such payments to be conclusive evidence of such approval and that such Authorized Officer deemed the same to be so necessary, appropriate, advisable or desirable.

## II.   Retention of Advisors

**RESOLVED**, that, in connection with the Chapter 11 Case, the Authorized Officers be, and each of them, acting alone or in any combination, hereby is, authorized, empowered, and directed, on behalf of and in the name of the Company, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers, and other professionals which such Authorized Officer deems necessary, appropriate, advisable or desirable in connection with the Chapter 11 Case and the transactions contemplated thereby (such acts to be conclusive evidence that such Authorized Officer deemed the same to meet such standard).

**RESOLVED FURTHER**, that the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation is hereby retained as restructuring counsel for the Company in connection with the Chapter 11 Case, subject to Bankruptcy Court approval.

**RESOLVED FURTHER**, that the firm of TD Cowen is hereby retained as investment banker for the Company in connection with the Chapter 11 Case, subject to Bankruptcy Court approval.

**RESOLVED FURTHER**, that the firm of AlixPartners LLP is hereby retained as financial and restructuring advisor for the Company in connection with the Chapter 11 Case, subject to Bankruptcy Court approval.

**RESOLVED FURTHER**, that the firm of Stretto, Inc. is hereby retained as claims and noticing agent and administrative advisor in connection with the Chapter 11 Case, subject to Bankruptcy Court approval.

## III.   General Authorization and Ratification

**RESOLVED,** that the Authorized Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed, empowered, on behalf of and in the name of the Company, to perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as the Authorized Officer performing or executing the same shall approve, and the performance or execution thereof by such Authorized Officer shall be conclusive evidence of the approval thereof by such Authorized Officer and by the Company.

**RESOLVED FURTHER**, that the Authorized Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the

name of the Company, to cause the Company to enter into, execute, deliver, certify, file, record and perform under such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, to pay all expenses, including filing fees, and to take such other actions as in the judgment of such Authorized Officer shall be necessary, appropriate, desirable, or advisable to prosecute a successful completion of the Company's Chapter 11 Case and to effectuate the restructuring or liquidation of the Company's debts, other obligations, organizational form and structure and ownership of the Company, all consistent with the foregoing resolutions and to carry out and put into effect the purposes of which the foregoing resolutions and the transactions contemplated by these resolutions, such Authorized Officer's authority thereunto to be evidenced by the taking of such actions.

**RESOLVED FURTHER**, that the Authorized Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to take such actions and execute and deliver such documents as may be required or as such Authorized Officer may determine to be necessary, appropriate, desirable, or advisable to carry out the intent and purpose of the foregoing resolutions or to obtain the relief sought thereby, including, without limitation, the execution and delivery of any consents, resolutions, petitions, schedules, lists, declarations, affidavits, and other papers or documents, with all such actions to be taken in such manner, and all such petitions, schedules, lists, declarations, affidavits and other papers or documents to be executed and delivered in such form as such Authorized Officer shall approve, the taking or execution thereof by such Authorized Officer being conclusive evidence of the approval thereof by such Authorized Officer and the Company.

**RESOLVED FURTHER**, that any and all past actions heretofore taken by any Authorized Officer on behalf of and in the name of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, reaffirmed and approved in all respects.

**RESOLVED FURTHER**, that any Authorized Officer is authorized to place a copy of these resolutions in the official records of the Company to document the actions set forth herein as actions taken by the Board.

[*Signature Page Follows*]

3

This action by written consent shall be effective as of the date of the last signature set forth below. Any copy, facsimile or other reliable reproduction of this action by written consent may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used.

DocuSigned by:

*Bret Christensen*
—76376T3S1EDC4C0...
Bret Christensen

Date: June 17, 2024

DocuSigned by:

*Kevin Sun*
—8AC6B06B57884E5...
Kevin Sun

Date: June 17, 2024

[Signature Page to the Action by Unanimous Written Consent of the Board of Directors of DermTech Operations, Inc.]

**Fill in this information to identify the case:**

Debtor name: **DermTech, Inc., et al.**

United States Bankruptcy Court for the: District of **Delaware** (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* 12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | KILROY REALTY LP<br>12200 W OLYMPIC BLVD #200<br>LOS ANGELES, CA 90064 | KILROY REALTY LP<br>12200 W OLYMPIC BLVD #200<br>LOS ANGELES, CA 90064<br>RVAZQUEZ@KILROYREALTY.COM | Lease obligations | | | | $1,323,413.00 |
| 2 | FRICTIONLESS SOLUTIONS, INC.<br>415 W GOLF RD #28<br>ARLINGTON HGTS, IL 60005 | FRICTIONLESS SOLUTIONS, INC.<br>415 W GOLF RD #28<br>ARLINGTON HGTS, IL 60005<br>PATTY@FRICTIONLESSSOLUTIONS.COM | Trade debts | | | | $145,161.00 |
| 3 | SAPIO SCIENCES<br>205 N. GEORGES ST<br>YORK, PA 17401 | SAPIO SCIENCES<br>205 N. GEORGES ST<br>YORK, PA 17401<br>ACCOUNTING@SAPIOSCIENCES.COM | Trade debts | | | | $126,284.00 |
| 4 | HCP, INC.<br>PO BOX 59902<br>LOS ANGELES, CA 90074 | HCP, INC.<br>PO BOX 59902<br>LOS ANGELES, CA 90074<br>BROSS@HEALTHPEAK.COM | CAM charges | | | | $108,240.00 |
| 5 | MEDICAL DERMATOLOGY SPECIALISTS<br>1331 N. 7TH ST., SUITE 250<br>PHOENIX, AZ 85006 | MEDICAL DERMATOLOGY SPECIALISTS<br>1331 N. 7TH ST., SUITE 250<br>PHOENIX, AZ 85006<br>KDELFIN@USDERMPARTNERS.COM | Trade debts | | | | $73,125.00 |
| 6 | FEDEX<br>P.O. BOX 7221<br>PASADENA, CA 91109-7321 | FEDEX<br>P.O. BOX 7221<br>PASADENA, CA 91109-7321 | Trade debts | | | | $61,559.00 |
| 7 | WORKIVA, INC.<br>2900 UNIVERSITY BLVD<br>AMES, IA 50010 | WORKIVA, INC.<br>2900 UNIVERSITY BLVD<br>AMES, IA 50010<br>AR@ACCOUNTING.WORKIVA.COM | Trade debts | | | | $55,125.00 |
| 8 | ILLUMINA, INC.<br>12864 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0128 | ILLUMINA, INC.<br>12864 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0128<br>CUSTOMERSERVICE@ILLUMINA.COM | Trade debts | | | | $40,412.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims    page 1

Debtor Name _____**DermTech, Inc.,** *et al.*_____    Case Number _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | SDG&E<br>PO BOX 25111<br>SANTA ANA, CA 92799-5111 | SDG&E<br>PO BOX 25111<br>SANTA ANA, CA 92799-5111<br>INFO@SDGE.COM | Utility services | | | | $39,542.00 |
| 10 | LIFE TECHNOLOGIES CORPORATION<br>C/O BANK OF AMERICA LOCKBOX SVCS.<br>12088 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | LIFE TECHNOLOGIES CORPORATION<br>C/O BANK OF AMERICA LOCKBOX SVCS.<br>12088 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693<br>JENNIFER.BLANCOARIAS@THERMOFISHER.COM | Trade debts | | | | $19,626.00 |
| 11 | DERMATOLOGIC SURGERY CENTER OF DC, LLC<br>5530 WISCONSIN AVE #820<br>CHEVY CHASE, MD 20815 | DERMATOLOGIC SURGERY CENTER OF DC, LLC<br>5530 WISCONSIN AVE #820<br>CHEVY CHASE, MD 20815<br>DR.MARAL.SKELSEY@MOHS-MD.COM | Trade debts | | | | $17,500.00 |
| 12 | GEORGIADIS, GUS<br>ADDRESS ON FILE | GEORGIADIS, GUS<br>ADDRESS ON FILE<br>EMAIL ADDRESS ON FILE | Trade debts | | | | $17,500.00 |
| 13 | EBASE SOLUTOINS LLC<br>20830 STEVENS CREEK BLVD #1116<br>CUPERTINO, CA 95014 | EBASE SOLUTIONS LLC<br>20830 STEVENS CREEK BLVD #1116<br>CUPERTINO, CA 95014<br>SRAVIPUDI@EBASECORP.COM | Trade debts | | | | $15,120.00 |
| 14 | VISAGE, DANIEL R<br>ADDRESS ON FILE | VISAGE, DANIEL R<br>ADDRESS ON FILE<br>EMAIL ADDRESS ON FILE | Trade debts | | | | $15,000.00 |
| 15 | THOMSON REUTERS - WEST<br>PO BOX 6292<br>CAROL STREAM, IL 60197-6292 | THOMSON REUTERS - WEST<br>PO BOX 6292<br>CAROL STREAM, IL 60197-6292<br>TRACCOUNTSRECEIVABLE@THOMSONREUTERS.COM | Trade debts | | | | $14,584.00 |
| 16 | BEGHOU CONSULTING<br>PO BOX 0452<br>EVANSTON, IL 60204-0452 | BEGHOU CONSULTING<br>PO BOX 0452<br>EVANSTON, IL 60204-0452<br>DENNIS.FOURNOGERAKIS@BEGHOUCONSULTING.COM | Trade debts | | | | $12,660.00 |
| 17 | XILTRIX NORTH AMERICA, LLC<br>9255 TOWNE CENTRE DR #925<br>SAN DIEGO, CA 92121 | XILTRIX NORTH AMERICA, LLC<br>9255 TOWNE CENTRE DR #925<br>SAN DIEGO, CA 92121<br>GYUASA@XILTRIXUSA.COM | Trade debts | | | | $12,235.00 |
| 18 | EVANS, TANYA Y, MD INC.<br>27020 ALICIA PKWY #G<br>LAGUNA NIGUEL, CA 92677 | EVANS, TANYA Y, MD INC.<br>27020 ALICIA PKWY #G<br>LAGUNA NIGUEL, CA 92677<br>TEVANS@AVANCETRIALS.COM | Trade debts | | | | $11,530.00 |
| 19 | PROVIDERTRUST, INC.<br>PO BOX 306121<br>NASHVILLE, TN 37230-6121 | PROVIDERTRUST, INC.<br>PO BOX 306121<br>NASHVILLE, TN 37230-6121<br>BILLING@PROVIDERTRUST.COM | Trade debts | | | | $9,019.00 |
| 20 | ISSA RESEARCH AND CONSULTING<br>6048 SELWOOD PL<br>SPRINGFIELD, VA 22152 | ISSA RESEARCH AND CONSULTING<br>6048 SELWOOD PL<br>SPRINGFIELD, VA 22152<br>DRNAIEMISSA@GMAIL.COM | Trade debts | | | | $8,890.00 |

Debtor Name     **DermTech, Inc., *et al.***      Case Number _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | SKIN SURGERY MEDICAL GROUP, INC.<br>ATTN: ANNE TRUITT<br>5222 BALBOA AVENUE, 6TH FLOOR<br>SAN DIEGO, CA 92117 | SKIN SURGERY MEDICAL GROUP, INC.<br>ATTN: ANNE TRUITT<br>5222 BALBOA AVENUE, 6TH FLOOR<br>SAN DIEGO, CA 92117<br>SMOHSEN@SKINSURGERYMED.COM | Trade debts | | | | $6,750.00 |
| 22 | HERRON, MARK<br>ADDRESS ON FILE | HERRON, MARK<br>ADDRESS ON FILE<br>EMAIL ADDRESS ON FILE | Trade debts | | | | $6,000.00 |
| 23 | CANTEEN SAN DIEGO<br>FILE #50196<br>LOS ANGELES, CA 90074-0196 | CANTEEN SAN DIEGO<br>FILE #50196<br>LOS ANGELES, CA 90074-0196<br>ENRIQUE.MARTINEZ@COMPASS-USA.COM | Trade debts | | | | $5,424.00 |
| 24 | TIPALTI, INC.<br>1051 E HILLSDALE BLVD<br>SUITE 600<br>FOSTER CITY, CA 94404 | TIPALTI, INC.<br>1051 E HILLSDALE BLVD<br>SUITE 600<br>FOSTER CITY, CA 94404<br>MARK.MARQUS@TIPALTI.COM | Trade debts | | | | $5,000.00 |
| 25 | SCMG<br>NELIN CANLAPAN<br>4TH FLOOR FINANCE<br>8695 SPECTRUM CENTER BLVD<br>SAN DIEGO, CA 92123 | SCMG<br>NELIN CANLAPAN<br>4TH FLOOR FINANCE<br>8695 SPECTRUM CENTER BLVD<br>SAN DIEGO, CA 92123<br>MELISSA.GOODSON@SHARP.COM | Customer refunds | | | | $4,996.00 |
| 26 | NEXTGEN HEALTHCARE, INC.<br>PO BOX 511449<br>LOS ANGELES, CA 90051 | NEXTGEN HEALTHCARE, INC.<br>PO BOX 511449<br>LOS ANGELES, CA 90051<br>JMESSER@NEXTGEN.COM | Trade debts | | | | $4,795.00 |
| 27 | UNIVERSITY OF PITTSBURGH PHYSICIANS - UPMC<br>CLINICAL TRIALS RECEIPTS<br>3600 FORBES AVE @MEYRAN AVE #300<br>PITTSBURGH, PA 15213 | UNIVERSITY OF PITTSBURGH PHYSICIANS - UPMC<br>CLINICAL TRIAL RECEIPTS<br>3600 FORBES AVE @MEYRAN AVE #300<br>PITTSBURGH, PA 15213<br>OSPARS@UPMC.EDU | Trade debts | | | | $4,525.00 |
| 28 | DERMATOLOGY & SKIN CANCER SPECIALISTS LLC<br>C/O LAUREN MILLER<br>15245 SHADY GROVE RD., STE. 480<br>ROCKVILLE, MD 20850 | DERMATOLOGY & SKIN CANCER SPECIALISTS LLC<br>C/O LAUREN MILLER<br>15245 SHADY GROVE RD., STE. 480<br>ROCKVILLE, MD 20850<br>KDELFIN@USDERMPARTNERS.COM | Trade debts | | | | $4,225.00 |
| 29 | PROFESSIONAL MAINTENANCE SYSTEMS (PMS)<br>PO BOX 80038<br>SAN DIEGO, CA 92138-0038 | PROFESSIONAL MAINTENANCE SYSTEMS (PMS)<br>PO BOX 80038<br>SAN DIEGO, CA 92138-0038<br>MADISONB@PMSJANITORIAL.COM | Trade debts | | | | $3,995.00 |
| 30 | ZYMO RESEARCH CORPORATION<br>17062 MURPHY AVENUE<br>IRVINE, CA 92614 | ZYMO RESEARCH CORPORATION<br>17062 MURPHY AVENUE<br>IRVINE, CA 92614<br>ACCOUNTING@ZYMORESEARCH.COM | Trade debts | | | | $3,840.00 |

*On a consolidated basis. The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtor with respect to all or any portion of the claims contained herein. Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DERMTECH OPERATIONS, INC.,<br><br>                                          Debtor.<br>Tax I.D. No. 33-0708997 | Chapter 11<br><br>Case No. 24-_____ ([___])<br><br>(Joint Administration Requested) |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO
FED. R. BANKR. P. 1007(a)(1), 1007(a)(3) AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Debtor DermTech Operations, Inc. (the "Debtor") hereby states as follows:

1.      The Debtor is a wholly-owned subsidiary of its affiliated debtor and debtor in possession, DermTech, Inc. The mailing address of the Debtor is 12340 El Camino Real, San Diego, California 92130.

**Fill in this information to identify the case and this filing:**

Debtor Name  DermTech Operations, Inc.

United States Bankruptcy Court for the: _____  District of  Delaware
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 1007(a)(1), 1007(a)(3), and 7007.1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/18/2024                 ✖ /s/ Bret Christensen_____
MM / DD / YYYY                                     Signature of individual signing on behalf of debtor

                                          Bret Christensen_____
                                          Printed name

                                          President & Chief Executive Officer
                                          Position or relationship to debtor

Official Form 202         **Declaration Under Penalty of Perjury for Non-Individual Debtors**